THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE PELZER, Appellant. Mangano, J. P., Brown, Rubin and Lawrence, JJ., concur.